M/D 1

IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA

RECEIVED
2011 FEB 15 A 11: 32
DEBRA P. HACKETT
U.S. DISTRICT [CLERK]
MIDDLE DI[STRICT]

Kenneth Ray Edgar )
Full name and prison name of )
Plaintiff(s) )
)
v. )
Dennis meeks )
)
Sothern Health partners )
)
Covington Co Jail )
Preston Hughes )
Name of person(s) who violated your )
constitutional rights. (List the names )
of all the person.) )

CIVIL ACTION NO. 2:11CV289-ID
(To be supplied by Clerk of U.S. District Court)

I. PREVIOUS LAWSUITS
   A. Have you begun other lawsuits in state or federal court dealing with the same or similar facts involved in this action? YES ☐ No ☒

   B. Have you begun other lawsuits in state or federal court relating to your imprisonment? YES ☐ NO ☒

   C. If your answer to A or B is yes, describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, using the same outline.)

      1. Parties to this previous lawsuit:

         Plaintiff (s) _____

         _____

         Defendant(s) _____

         _____

      2. Court (if federal court, name the district; if state court, name the county)

         _____

         _____

3. Docket number _____
4. Name of judge to whom case was assigned _____

5. Disposition (for example: was the case dismissed? Was it appealed? Is it still pending?) _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. PLACE OF PRESENT CONFINEMENT 290 Hillcrest Dr Andalusia Ala. 36420. (Covington Co. Jail)

PLACE OR INSTITUTION WHERE INCIDENT OCCURRED Covington Co Jail 290 Hillcrest Dr Andalusia Ala. 36420

III. NAME AND ADDRESS OF INDIVIDUAL(S) YOU ALLEGE VIOLATED YOUR CONSTITUTIONAL RIGHTS.

| | NAME | ADDRESS |
|---|---|---|
| 1. | Dennis Meeks | 290 Hillcrest Dr Andalusia AL 36420 |
| 2. | Preston Hughes | 290 Hillcrest Dr Andalusia AL 36420 |
| 3. | Sothern Health partners | unknown |
| 4. | | |
| 5. | | |
| 6. | | |

IV. THE DATE UPON WHICH SAID VIOLATION OCCURRED Dec - On or about Dec-15. 2010

V. STATE BRIEFLY THE GROUNDS ON WHICH YOU BASE YOUR ALLEGATION THAT YOUR CONSTITUTIONAL RIGHTS ARE BEING VIOLATED:

GROUND ONE: I was assaulted with Injury Trama To my Left Knee ( Denied proper medical Attention.)

STATE BRIEFLY THE FACTS WHICH SUPPORT THIS GROUND. (State as best you can the time, place and manner and person involved.)

I Kenneth Ray Edger was asaulted by a State prisner on or about Dec-15- 2010 I reseeved some medical care at that Time for Trama To my Left Knee.

GROUND TWO: I reseeved some health care for Trama To my Left Knee By The Jail nurse.

SUPPORTING FACTS: The Jail nurse Stated my Knee was fine. I am still Suffering as of Apr-13-2011 with no more medical care can be provided for me Stated by the Covington Co Jail ect

GROUND THREE: I am Just a County Inmate Serving out a misdemer Sentence. This assault on me was a State Inmate.

SUPPORTING FACTS: I have been denied futer medical. I am still Suffering from this Same Trama. The Jail staff nurse Stated if I receevel any more helth care Such as MRI or Cat Scan my family would have to pay for it first then show them the Recept before I can get futer Treatment. I have also been denied reply to brivence/request Form's. There is some Sort of Conflict of Intrest against me here. I was Sentence here on the Testamony of the Sheriff of Covington Co. Staff members, Secertery and Deputy

VI. STATE BRIEFLY EXACTLY WHAT YOU WANT THE COURT TO DO FOR YOU. MAKE NO LEGAL ARGUMENT. CITE NO CASES OR STATUTES.

I would request the court grant me future med ~~ition~~ care such as a Cat Scan or MRI. I am still suffering from this same enjury to my Left Knee. also pain and suffering (.Compensation)

Kenneth Ray Edgar
Signature of plaintiff(s)

I declare under penalty of perjury that the foregoing is true and correct.

Executed on April 13, 2011.
(Date)

Kenneth Ray Edgar
Signature of plaintiff(s)

Kenneth Ray Edgar
290 Hillcrest dr
Andalusia Ala 36420



Office of the Court
United States District court
P.O. Box 711
montgomery Ala. 36101.0711