IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| KENNETH RAY EDGAR, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 2:11cv289-MEF |
| ) | |
| DENNIS MEEKS, et al., ) | |
| ) | |
| Defendants. ) | |

**ORDER**

On May 3, 2011, the Magistrate Judge filed a Recommendation in this case to which no timely objections have been filed. (Doc. # 7). Upon an independent review of the file in this case and upon consideration of the Recommendation of the Magistrate Judge, it is

ORDERED and ADJUDGED that the Recommendation of the Magistrate Judge be and is hereby ADOPTED and that:

1. The plaintiff's claims against the Covington County Jail are DISMISSED with prejudice in accordance with 28 U.S.C. § 1915(e)(2)(B)(I).

2. The Covington County Jail is DISMISSED as a defendant in this cause of action.

3. This case, with respect to the plaintiff's claims against the remaining defendants regarding the medical treatment provided to him during his incarceration in the Covington County Jail, is referred back to the Magistrate Judge for appropriate proceedings.

Done this the 17th day of August, 2011.

/s/ Mark E. Fuller
UNITED STATES DISTRICT JUDGE